### ROSSIGNOLL, TRUSTEE, *vs.* NORTHEASTERN RAILROAD.

CASE, FROM HABERSHAM. Railroads. Damages. Negligence. Cattle. (Before Judge Estes.)

Hall, J.—The law does not impose upon railroad companies the duty of making and keeping up stock-gaps at points where their tracks enter and leave fields through which they run; and, where a declaration alleged that, by reason of a failure to make and keep up such stock-

gaps, cattle entered plaintiff's field and damaged him, but failed to show that there was any contract between the parties making it the duty of the road to make and keep up such barriers, such declaration was properly dismissed on demurrer. Nor could such a duty be inferred from the mere fact that the plaintiff voluntarily gave the right of way through his field to the company. Code, §§2951, 2953, 2954.

Judgment affirmed.

Crane & Jones, for plaintiff in error.

C. H. Sutton, for defendant.